# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0093

VERSUS

ANDERSON HAWKINS                                      **MARCH 6, 2023**

---

In Re:    Anderson Hawkins, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          6-92-807.

---

**BEFORE: WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                              **JEW**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT